THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICHARD WALLACE, Defendant-Appellant.

(No. 72-89; )

Second District—January 12, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

Charles S. Wilson III, of Waukegan, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, (James W. Jerz, of counsel,) for the People.